IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

       v.          :          CRIMINAL NO. 14-323-18

ERVEN TOWERS-ROLON          :


**ORDER**

This 15th day of September, 2015, it is **ORDERED** that Defendant Erven Towers-

Rolon can join in co-defendant's pretrial motions.


          /s/ Gerald Austin McHugh
          Gerald Austin McHugh, J.